# EXHIBIT A

| NAME AND ADDRESS TO WHICH DISTRIBUTION WAS MADE | OTHER KNOWN NAME(S) | OTHER KNOWN ADDRESS(ES) |
|---|---|---|
| Terra Jackson<br>132 Dorothy Drive<br>Pittsburgh, PA 15235 | N/A | N/A |